FILED
OCT 05 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 8:09-cr-582-T-30TGW |

| DOCKET NUMBER (Rec. Court) |
|---|
| **DR 16 CR 1350** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jose Torres | Middle District of Florida | Tampa |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable James S. Moody, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/06/2015 — TO 01/05/2020 |

**OFFENSE**

Count One: Conspiracy to Possess with the Intent to Distribute 5 Kilograms or More of Cocaine While Aboard a Vessel Subject to the Jurisdiction of the United States

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Florida**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Western District of Texas** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_27 July 2016_                                      _[signature]_
Date                                                United States District Judge

2016 AUG 19 PM 1:12

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Western District of Texas**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8-15-16_                                            _[signature]_
Effective Date                                       United States District Judge



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 8:09-CR-582-T30 TGW |
| v. | 46 U.S.C. § 70503(a), § 70506 and § 70507 (Forfeiture) |
| PABLO RECINOS LANDAVERDE, JOSE SANTOS VASQUEZ, MARIO ROLANDO MEJIA, MARLON YOVANY GARCIA BACA, JOSE TORRES, LEVER ROMERO, and NICOLAS ROMERO | 21 U.S.C. § 960(b)(1)(B)(ii) 21 U.S.C. § 853(p) - Forfeiture 28 U.S.C. § 2461(c) - Forfeiture |

FILED 09 DEC 17 PM 4:40

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about December 10, 2009, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

PABLO RECINOS LANDAVERDE,
JOSE SANTOS VASQUEZ,
MARIO ROLANDO MEJIA,
MARLON YOVANY GARCIA BACA,
JOSE TORRES,
LEVER ROMERO, and
NICOLAS ROMERO

each of whom will be first brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b); and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about December 10, 2009, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

> PABLO RECINOS LANDAVERDE,
> JOSE SANTOS VASQUEZ,
> MARIO ROLANDO MEJIA,
> MARLON YOVANY GARCIA BACA,
> JOSE TORRES,
> LEVER ROMERO, and
> NICOLAS ROMERO,

each of whom will be first brought into the United States at a point in the Middle District of Florida, did knowingly and intentionally, while aiding and abetting each other and other persons known and unknown to the Grand Jury, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a); Title 18, United States Code, Section 2; and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

2. From their engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, which counts are realleged and incorporated as if fully set forth herein, the defendants,

2

PABLO RECINOS LANDAVERDE,
JOSE SANTOS VASQUEZ,
MARIO ROLANDO MEJIA,
MARLON YOVANY GARCIA BACA,
JOSE TORRES,
LEVER ROMERO, and
NICOLAS ROMERO,

shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), all of his interest in all property subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(1) through (11).

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), directly and as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL

_____
FOREPERSON

A. BRIAN ALBRITTON
United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Senior Deputy Chief, Narcotics Section

By: _____
ROBERT A. MOSAKOWSKI
Assistant United States Attorney
Chief, Tampa Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

PABLO RECINOS LANDAVERDE,
JOSE SANTOS VASQUEZ,
MARIO ROLANDO MEJIA,
MARLON YOVANY GARCIA BACA,
JOSE TORRES,
LEVER ROMERO, and
NICOLAS ROMERO.

## INDICTMENT

Violations:

Title 46, United States Code, Sections 70503(a) and 70506(a) and (b)
Title 21, United States Code, Section 960(b)(1)(B)(ii)

A true bill,

_____
Foreperson

Filed in open court this 17th day

of December, 2009.

_____
Clerk

Bail $ _____

Case 8:09-cr-00582-JSM-TGW   Document 175   Filed 06/24/10   Page 1 of 6 PageID 341
Case 2:16-cr-01350-ILL   Document 1   Filed 10/05/16   Page 7 of 18
AO 245B (Rev 06/05) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | CASE NUMBER: 8:09-cr-582-T-30TGW |
| vs. | USM NUMBER: 51438-018 |
| JOSE TORRES | |
| | Defendant's Attorney: Timothy James Fitzgerald, cja. |

THE DEFENDANT:

_X_ pleaded guilty to count(s) ONE of the Indictment.
___ pleaded nolo contendere to count(s) which was accepted by the court.
___ was found guilty on count(s) after a plea of not guilty.

| **TITLE & SECTION** | **NATURE OF OFFENSE** | **OFFENSE ENDED** | **COUNT** |
|---|---|---|---|
| 46 U.S.C. §§ 70503(a) 70506(a) and (b); and 21 U.S.C. § 960(b)(1)(B)(ii) | Conspiracy to Possess with the Intent to Distribute 5 Kilograms or More of Cocaine While Aboard a Vessel Subject to the Jurisdiction of the United States | December 10, 2009 | One |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has been found not guilty on count(s)
_X_ Count(s) TWO of the Indictment is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

Date of Imposition of Sentence: June 24, 2010

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

DATE: June 24, 2010

AO 245B (Rev 06/05) Sheet 2 - Imprisonment (Judgment in a Criminal Case)

| | | |
|---|---|---|
| Defendant: | JOSE TORRES | Judgment - Page 2 of 6 |
| Case No.: | 8:09-cr-582-T-30TGW | |

## IMPRISONMENT

After considering the advisory sentencing guidelines and all of the factors identified in Title 18 U.S.C. §§ 3553(a)(1)-(7), the court finds that the sentence imposed is sufficient, but not greater than necessary, to comply with the statutory purposes of sentencing.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SEVENTY (70) MONTHS as to Count One of the Indictment.

__ The court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.
__ The defendant shall surrender to the United States Marshal for this district.

    __ at __ a.m./p.m. on __.
    __ as notified by the United States Marshal.

__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    __ before 2 p.m. on __.
    __ as notified by the United States Marshal.
    __ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

__ at Defendant delivered on _____ to _____
_____, with a certified copy of this judgment.

_____
United States Marshal

By:_____
Deputy United States Marshal

Case 8:09-cr-00582-JSM-TGW   Document 175   Filed 06/24/10   Page 3 of 6 PageID 343
Case 2:16-cr-01350-JJT   Document 1   Filed 10/05/16   Page 9 of 18

AO 245B (Rev. 06/05) Sheet 3 - Supervised Release (Judgment in a Criminal Case)

| Defendant: | JOSE TORRES | Judgment - Page 3 of 6 |
|---|---|---|
| Case No.: | 8:09-cr-582-T-30TGW | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of FIVE (5) YEARS as to Count One of the Indictment.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

X   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 8:09-cr-00582-JSM-TGW Document 175 Filed 06/24/10 Page 4 of 6 PageID 344
Case 2:16-cr-01350-ILRC Document 1 Filed 10/05/16 Page 10 of 18
AO 245B (Rev. 06/05) Sheet 3C - Supervised Release (Judgment in a Criminal Case)

Defendant: JOSE TORRES
Case No.: 8:09-cr-582-T-30TGW

Judgment - Page 4 of 6

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

X    Should the defendant be deported, he shall not be allowed to re-enter the United States without the express permission of the appropriate governmental authority.

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

X    The mandatory drug testing provisions pursuant to the Violent Crime Control Act are waived. However, the Court orders the probation officer to conduct random drug testing not to exceed 104 tests per year.

Case 8:09-cr-00582-JSM-TGW   Document 175   Filed 06/24/10   Page 5 of 6 PageID 345
Case 2:16-cr-01350-JLL   Document 1   Filed 10/05/16   Page 11 of 18
AO 245B (Rev 06/05) Sheet 5 - Criminal Monetary Penalties (Judgment in a Criminal Case)

| Defendant: | JOSE TORRES | Judgment - Page 5 of 6 |
|---|---|---|
| Case No.: | 8:09-cr-582-T-30TGW | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Total Restitution** |
|---|---|---|---|
| **Totals:** | $100.00 | Waived | N/A |

__ The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

__ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |
| **Totals:** | $ | $ | |

__ Restitution amount ordered pursuant to plea agreement  $ _____.

__ The defendant must pay interest on a fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

__ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

__ the interest requirement is waived for the ___ fine ___ restitution.

__ the interest requirement for the ___ fine ___ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 8:09-cr-00582-JSM-TGW   Document 175   Filed 06/24/10   Page 6 of 6 PageID 346
Case 2:16-cr-01350-ILL   Document 1   Filed 10/05/16   Page 12 of 18
AO 245B (Rev 06/05) Sheet 6 - Schedule of Payments (Judgment in a Criminal Case)

| | |
|---|---|
| Defendant: JOSE TORRES | Judgment - Page 6 of 6 |
| Case No.: 8:09-cr-582-T-30TGW | |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A. __X__ Lump sum payment of $ 100.00 due immediately, balance due

        ___ not later than _____, or

        ___ in accordance ___ C, ___ D, ___ E or ___ F below; or

B. ___ Payment to begin immediately (may be combined with ___ C, ___ D, or ___ F below); or

C. ___ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after the date of this judgment; or

D. ___ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____, (e.g., months or years) to commence _____ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. ___ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F. ___ Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

___ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:


___ The defendant shall pay the cost of prosecution.

___ The defendant shall pay the following court cost(s):

___ The defendant shall forfeit the defendant's interest in the following property to the United States:

    The Court orders that the defendant forfeit to the United States immediately and voluntarily any and all assets and property, or portions thereof, subject to forfeiture, which are in the possession or control of the defendant or the defendant's nominees.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED, CUSTODY, INTERPRETER

# U.S. District Court
## Middle District of Florida (Tampa)
### CRIMINAL DOCKET FOR CASE #: 8:09-cr-00582-JSM-TGW-5

| | |
|---|---|
| Case title: USA v. Landaverde et al | Date Filed: 12/17/2009<br>Date Terminated: 06/24/2010 |

Assigned to: Judge James S. Moody, Jr
Referred to: Magistrate Judge Thomas G. Wilson

### Defendant (5)

| | | |
|---|---|---|
| **Jose Torres**<br>*TERMINATED: 06/24/2010* | represented by | **Timothy James Fitzgerald**<br>Farmer & Fitzgerald, PA<br>Suite 501<br>102 W Whiting St<br>Tampa, FL 33602<br>813/228-0095<br>Fax: 813-224-0269<br>Email: fflawpafedtjf@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE<br>(1) | Imprisonment: 70 months; Supervised Release: 60 months; Fine: Waived; Special Assessment: $100 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE<br>(2) | Dismissed on government's motion |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA     represented by     **Joseph K. Ruddy**
U.S. Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274-6000
Fax: 813/274-6125
Email: joseph.ruddy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2009 | 1 | INDICTMENT returned in open Court as to Pablo Recinos Landaverde (1) count(s) 1-2, Jose Santos Vasquez (2) count(s) 1-2, Mario Rolando Mejia (3) count(s) 1-2, Marlon Yovany Garcia Baca (4) count(s) 1-2, Jose Torres (5) count(s) 1-2, Lever Romero (6) count(s) 1-2, Nicolas Romero (7) count(s) 1-2. (LYB) (Entered: 12/21/2009) |
| 12/17/2009 | 2 | MOTION to Seal Indictment and Related Documents by USA as to Pablo Recinos Landaverde, Jose Santos Vasquez, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, Lever Romero, Nicolas Romero. (LYB) (Entered: 12/21/2009) |
| 12/17/2009 | 3 | ORDER granting 2 Motion to Seal Indictment and Related Documents as to Pablo Recinos Landaverde (1), Jose Santos Vasquez (2), Mario Rolando Mejia (3), Marlon Yovany Garcia Baca (4), Jose Torres (5), Lever Romero (6), Nicolas Romero (7). Signed by Magistrate Judge Thomas B. McCoun III on 12/17/2009. (LYB) (Entered: 12/21/2009) |
| 12/21/2009 | | Arrest of Pablo Recinos Landaverde, Jose Santos Vasquez, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, Lever Romero, Nicolas Romero on 12/21/09 (LV) (Entered: 12/21/2009) |
| 12/21/2009 | 11 | Minute Entry for proceedings held before Magistrate Judge Anthony E. Porcelli: ARRAIGNMENT as to Pablo Recinos Landaverde (1) Count 1-2 and Jose Santos Vasquez (2) Count 1-2 and Mario Rolando Mejia (3) Count 1-2 and Marlon Yovany Garcia Baca (4) Count 1-2 and Jose Torres (5) Count 1-2 and Lever Romero (6) Count 1-2 and Nicolas Romero (7) Count 1-2 held on 12/21/2009. Defendant(s) pled not guilty., INITIAL appearance as to Pablo Recinos Landaverde, Jose Santos Vasquez, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, Lever Romero, Nicolas Romero held on 12/21/2009. Pretrial order to be entered; status conference scheduled for |

|  |  |  |
|---|---|---|
|  |  | January 7, 2010 at 8:30 am; trial scheduled for February 1, 2010 trial term. (digital) (Interpreter/Language: P. Marino/J. Leanor (spanish)) (LV) (Entered: 12/21/2009) |
| 12/21/2009 | 16 | ***CJA 23 financial affidavit by Jose Torres (LV) (Entered: 12/21/2009) |
| 12/21/2009 | 24 | CJA 20 as to Jose Torres: appointment of attorney Timothy James Fitzgerald for Jose Torres. Signed by Magistrate Judge Anthony E. Porcelli on 12/21/2009. (LV) (Entered: 12/21/2009) |
| 12/21/2009 | 27 | NOTICE of attorney appearance: Timothy James Fitzgerald appearing for Jose Torres (Fitzgerald, Timothy) (Entered: 12/21/2009) |
| 12/21/2009 | 33 | ORDER OF DETENTION as to Jose Torres. Signed by Magistrate Judge Anthony E. Porcelli on 12/21/2009. (LV) (Entered: 12/22/2009) |
| 12/22/2009 | 32 | PRETRIAL discovery order and notice as to Pablo Recinos Landaverde, Jose Santos Vasquez, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, Lever Romero, Nicolas Romero Jury Trial set for 2/1/2010 at 08:30 AM in Tampa Courtroom 13 A before Judge James S. Moody Jr. Status Conference set for 1/7/2010 at 08:30 AM in Tampa Courtroom 13 A before Judge James S. Moody Jr. Signed by Magistrate Judge Thomas G. Wilson on 12/21/2009. (CAW) (Entered: 12/22/2009) |
| 12/22/2009 | 44 | ARREST WARRANT returned executed on 12/21/09 as to Jose Torres. (BSN) (Entered: 12/23/2009) |
| 12/23/2009 | 49 | ENDORSED ORDER granting 36 motion for protection as to Pablo Recinos Landaverde (1). PROTECTED DATES: May 6 - June 3, 2010. Signed by Judge James S. Moody, Jr on 12/23/2009. (LN) (Entered: 12/23/2009) |
| 12/23/2009 | 50 | ENDORSED ORDER granting 37 motion for protection as to Nicolas Romero (7). PROTECTED DATES: February 23-26, 2010. Signed by Judge James S. Moody, Jr on 12/23/2009. (LN) (Entered: 12/23/2009) |
| 01/07/2010 | 51 | Minute Entry for proceedings held before Judge James S. Moody, Jr.: STATUS CONFERENCE as to Pablo Recinos Landaverde, Jose Santos Vasquez, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, Lever Romero, and Nicolas Romero held on 1/7/2010. The Court continues the case to the MARCH TRIAL calendar. A STATUS CONFERENCE is set for THURSDAY, FEBRUARY 4, 2010, at 8:30 A.M. Court Reporter: Sherrill L. Jackson (SMB) (Entered: 01/07/2010) |
| 01/07/2010 | 52 | NOTICE OF HEARING as to Pablo Recinos Landaverde, Jose Santos Vasquez, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, Lever Romero, and Nicolas Romero: The Court continues the case to the MARCH TRIAL calendar. A STATUS CONFERENCE is set for THURSDAY, FEBRUARY 4, 2010, at 8:30 A.M. in Tampa Courtroom 13A before Judge James S. Moody Jr. (SMB) (Entered: 01/07/2010) |
| 01/08/2010 | 54 | NOTICE *of Filing* by USA as to Pablo Recinos Landaverde, Jose Santos Vasquez, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, |

| | | |
|---|---|---|
| | | Lever Romero, Nicolas Romero (Attachments: # 1 Exhibit)(Ruddy, Joseph) (Entered: 01/08/2010) |
| 01/08/2010 | 55 | NOTICE *of Unavailability of Essential Witnessess* by USA as to Pablo Recinos Landaverde, Jose Santos Vasquez, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, Lever Romero, Nicolas Romero (Ruddy, Joseph) (Entered: 01/08/2010) |
| 01/11/2010 | 56 | ENDORSED ORDER granting 53 Motion to extend time to file pretrial motions from January 11, 2010 to January 25, 2010 as to Nicolas Romero (7). Signed by Judge James S. Moody, Jr on 1/11/2010. (LN) (Entered: 01/11/2010) |
| 01/12/2010 | 60 | ENDORSED ORDER granting 57 Motion to adopt motion of other defendant as to Jose Santos Vasquez (2); granting 59 Motion to adopt motion of other defendant as to Mario Rolando Mejia (3); granting 58 Motion to adopt motion of other defendant as to Lever Romero (6). Signed by Judge James S. Moody, Jr on 1/12/2010. (LN) (Entered: 01/12/2010) |
| 01/12/2010 | 61 | MOTION to adopt *Co-Defendant, Nicholas Romero's Motion to Extend Time to File Pretrial Motions* by Jose Torres. (Fitzgerald, Timothy) (Entered: 01/12/2010) |
| 01/13/2010 | 63 | ENDORSED ORDER granting 62 Motion to adopt motion of other defendant as to Pablo Recinos Landaverde (1); granting 61 Motion to adopt motion of other defendant as to Jose Torres (5). Signed by Judge James S. Moody, Jr on 1/13/2010. (LN) (Entered: 01/13/2010) |
| 01/15/2010 | 66 | ENDORSED ORDER denying 64 Motion to dismiss indictment as to Lever Romero (6). Signed by Judge James S. Moody, Jr on 1/15/2010. (LN) (Entered: 01/15/2010) |
| 01/25/2010 | 67 | MOTION to continue trial by USA as to Pablo Recinos Landaverde, Jose Santos Vasquez, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, Lever Romero, Nicolas Romero. (Ruddy, Joseph) (Entered: 01/25/2010) |
| 01/29/2010 | 68 | ORDER granting 67 Government's motion to continue trial as to Pablo Recinos Landaverde (1), Jose Santos Vasquez (2), Mario Rolando Mejia (3), Marlon Yovany Garcia Baca (4), Jose Torres (5), Lever Romero (6), Nicolas Romero (7). The case is placed on the MAY TRIAL CALENDAR. A STATUS CONFERENCE is set for THURSDAY, APRIL 1, 2010, at 8:30 AM in Tampa Courtroom 13A before Judge James S. Moody Jr. Signed by Judge James S. Moody, Jr. on 1/29/2010. (SMB) (SMB). (Entered: 01/29/2010) |
| 01/29/2010 | 69 | NOTICE canceling status conference hearing scheduled for 2/4/2010 as to Pablo Recinos Landaverde, Jose Santos Vasquez, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, Lever Romero, Nicolas Romero. (SMB) (Entered: 01/29/2010) |
| 02/03/2010 | 71 | ENDORSED CJA 21 as to Jose Torres: |

| | | |
|---|---|---|
| | | authorization to pay Exito Interpreting for expert services<br>Voucher 09582-05-EXT01.<br>Signed by Judge James S. Moody, Jr on 1/25/10. Processed 2/1/10.(jc) (Entered: 02/03/2010) |
| 02/26/2010 | 88 | ENDORSED CJA 21 as to Jose Torres:<br>authorization to pay Exito Interpreting for expert services<br>Voucher 09582-05-EXT02.<br>Signed by Judge James S. Moody, Jr on 2/17/10. Processed 2/23/10.(jc) (Entered: 02/26/2010) |
| 03/03/2010 | 93 | ENDORSED CJA 21 as to Jose Torres:<br>authorization to pay Gloria Munoz for expert services<br>Voucher 09582-05-MUN01.<br>Signed by Judge James S. Moody, Jr on 2/22/10. Processed 2/26/10.(jc) (Entered: 03/03/2010) |
| 03/03/2010 | 97 | PLEA AGREEMENT re: count(s) One of the Indictment as to Jose Torres. (Ruddy, Joseph) (Entered: 03/03/2010) |
| 03/05/2010 | 99 | NOTICE OF HEARING as to Jose Torres. Change of Plea Hearing set for 3/17/2010 at 02:30 PM in Tampa Courtroom 12 A before Magistrate Judge Thomas G. Wilson. SPANISH Interpreter required.(CAW) (Entered: 03/05/2010) |
| 03/17/2010 | 111 | CONSENT regarding entry of a plea of guilty as to Jose Torres (CAW) (Entered: 03/17/2010) |
| 03/17/2010 | 112 | CONSENT to institute presentence investigation report as to Jose Torres (CAW) (Entered: 03/17/2010) |
| 03/17/2010 | 113 | Minute Entry for proceedings held before Magistrate Judge Thomas G. Wilson: CHANGE of plea hearing on count 1 as to Jose Torres held on 3/17/2010. Court Reporter: Claudia Spangler-Fry (2:43-3:32) (Interpreter/Language: Gabriela Loncar/Spanish) (CAW) (Entered: 03/17/2010) |
| 03/17/2010 | 114 | REPORT AND RECOMMENDATION concerning plea of guilty re: count 1 of the Indictment as to Jose Torres. Signed by Magistrate Judge Thomas G. Wilson on 3/17/2010. (CAW) (Entered: 03/17/2010) |
| 03/25/2010 | 127 | ENDORSED CJA 21 as to Jose Torres:<br>authorization to pay Gloria Munoz for expert services<br>Voucher 09582-05-MUN02.<br>Signed by Judge James S. Moody, Jr on 3/15/10. Processed 3/19/10.(jc) (Entered: 03/25/2010) |
| 03/31/2010 | 128 | NOTICE canceling status hearing scheduled for 4/1/2010 as to Pablo Recinos Landaverde, Mario Rolando Mejia, Marlon Yovany Garcia Baca, Jose Torres, Lever Romero, and Nicolas Romero. Defendants have entered guilty pleas. DEFENDANT JOSE SANTOS VASQUEZ remains set for a status conference hearing on 4/1/10 at 8:30 a.m. (SMB) (Entered: 03/31/2010) |

| | | |
|---|---|---|
| 04/01/2010 | 131 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt Re: Count One of the Indictment as to Jose Torres. Signed by Judge James S. Moody, Jr. Sentencing set for THURSDAY, 6/24/2010 at 11:00 AM in Tampa Courtroom 13A before Judge James S. Moody Jr. (Defendant is detained and requires a Spanish interpreter.) (LN) (Entered: 04/01/2010) |
| 06/16/2010 | 156 | ENDORSED CJA 21 as to Jose Torres:<br>authorization to pay Gloria Munoz for expert services<br>Voucher 09582-05-MUN03.<br>Signed by Judge James S. Moody, Jr on 6/8/10. Processed 6/11/10.(jc) (Entered: 06/16/2010) |
| 06/22/2010 | 162 | SENTENCING MEMORANDUM by Jose Torres (Fitzgerald, Timothy) (Entered: 06/22/2010) |
| 06/24/2010 | 168 | Minute Entry for proceedings held before Judge James S. Moody, Jr.: SENTENCING held on 6/24/2010 for Jose Torres (5), Count 1, Imprisonment: 70 months; Supervised Release: 60 months; Fine: Waived; Special Assessment: $100; Count 2 is dismissed on government's motion. Interpreter: Dyalma Ocasio/Spanish; Court Reporter: Sherrill L. Jackson (SMB) (Entered: 06/24/2010) |
| 06/24/2010 | 175 | JUDGMENT as to Jose Torres (5), Count 1, Imprisonment: 70 months; Supervised Release: 60 months; Fine: Waived; Special Assessment: $100; Count 2 is dismissed on government's motion. Signed by Judge James S. Moody, Jr. on 6/24/2010. (SMB) (Entered: 06/24/2010) |
| 07/27/2010 | 184 | ENDORSED CJA 21 as to Jose Torres:<br>authorization to pay Exito Interpreting for expert services<br>Voucher 809582-05-EX03.<br>Signed by Judge James S. Moody, Jr on 7/19/10. Processed 7/23/10.(jc) (Entered: 07/27/2010) |
| 07/30/2010 | 188 | ENDORSED CJA 20 as to Jose Torres:<br>authorization to pay Timothy Fitzgerald - Voucher TPA2010-194.<br>Signed by Judge James S. Moody, Jr on 7/26/10. Processed 7/29/10.(jc) (Entered: 07/30/2010) |
| 12/15/2010 | 202 | RETURN of judgment executed as to Jose Torres on 11/24/10. Institution: McRae. (BSN) (Entered: 12/16/2010) |
| 08/02/2012 | 208 | Notice of substitution of AUSA. Joseph K. Ruddy substituting for Yvette Rhodes. (Ruddy, Joseph) (Entered: 08/02/2012) |
| 08/19/2016 | 245 | Probation Jurisdiction Transferred to Western District of Texas as to Jose Torres (GLS) (Entered: 08/22/2016) |

| PACER Service Center |
|---|
| Transaction Receipt |
| |