UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO: DR-16-CR-01350-ILL(1) |
| JOSE TORRES | § § | |

FILED
MAR 30 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
MAY 26 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING DEFENDANT

On **March 15, 2017**, came on to be heard before the Court, the Government's Amended Petition to Revoke the Defendant's term of supervised release filed on **November 1, 2016**. The defendant, **JOSE TORRES**, appeared with his attorney **Maria Esther Torres Chin and Jeffrey King**, and the government appeared by Assistant United States Attorney, **Amy Hail**, in the above-entitled and numbered criminal action.

The defendant pled true to the Violations.

Upon oral Motion by the Government to dismiss, the original petition to Revoke Supervised Release is hereby **GRANTED**.

The Court finds that the defendant has violated the terms and conditions of his Supervised Release as alleged in the said petition. Thus, the Government's Amended Petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **June 24, 2010**, as set out in the judgment entered on **June 24, 2010**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **JOSE TORRES**, be committed to the

custody of the U.S. Bureau of Prisons for a term of **four (4) months**, to run consecutively to the sentence imposed in DR-16-CR-01003(01)-ILL, pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served. No further term of supervised release is imposed. The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be incarcerated at F.C.I. McRae, if possible.

SIGNED on this 29th day of March, 2017.

_____
IVAN L. R. LEMELLE
SENIOR UNITED STATES DISTRICT JUDGE

### RETURN

I have executed this Revocation Order as follows:

_____
_____
_____

Defendant delivered on  5-04-17  to  Core Civic
at  Mc Rae  , with a certified copy of this Order.

_____
United States Marshal

By: Sgt. D. Vz
~~Deputy Marshal~~